# March Term

## IX Geo. 3.

{ N. B.   This was the firſt Court held in }
{ the New Court Houſe in the County of }
{ Suffolk. }

## Charge of the Chief Juſtice.

GENTLEMEN of the Grand Jury: We are met here together in Order to maintain the juſt Rights of the People of the County.   The bare Mention of the Word *Rights* always ſtrikes an Engliſhman in a peculiar Manner. — But, in Order to ſupport and defend the Rights, of which we are ſo fond, we ought to have a juſt Apprehenſion of what they are, and whereon they ſtand.   I do not intend to go very largely into the Matter, but only touch upon a few Fundamental Principles on which thoſe Rights all ſtand.

As Men, in our natural Capacity, we have a
Right

Right to do as we pleafe, without any Controul whatever; but, as Members of Society, we are abridged of this our natural Liberty, and are obliged to fubmit to the Laws of the State. Now, as the End of Society is to preferve to us that Security in our Perfons and Property which we could not have in a State of Nature, we are under a Neceffity of giving up fome of our original Rights, in Order to a full Enjoyment of the Remainder. And the beft Conftitution of Government muft certainly be that, in which we part with the feweft of our natural Rights ;—that is, where we part with no more than is abfolutely neceffary to attain the very Ends of Society and Government.—All this is obvious on the firft Mention. The Conftitution of Government, under which we have the Happinefs to live, is, therefore, the moft happy, becaufe we have never yielded up more of the private Rights of Individuals than was needful to inveft the Government with Power fufficient to protect us as Citizens.—It is, therefore, the Duty of every good Citizen, who is bound to preferve the Laws of the State under which he lives, to apply to the Legiflative Body for a Redrefs of all Grievances which arife from the Laws. To aim at a Redrefs in any other Way is to bring Everything into Confufion.

We, Gentlemen, who are to execute the Law, are not to enquire into the Reafon and Policy of it, or whether it is conftitutional or not;—whether one Part of the Community are oppreffed, and whether another Part opprefs: We, and you, Gentlemen, as the Executive Body, are to enquire what is Law, and fee that the Laws are inforced.

If

If we ſtep over this Line, and judge of the Propriety or Impropriety, the Juſtice or Injuſtice of the Laws, we introduce the worſt Sort of Tyranny: — the moſt abſolute Deſpotiſm being formed by a Union of the Legiſlative and Executive Power. I mention this, Gentlemen, becauſe, from my own Obſervation, both in this and ſome other Counties, I have found Juries taking upon them to judge of the Wholeſomeneſs of the Laws, and thereby ſubverting the very End of their Inſtitution.

Gentlemen of the Grand Jury: You are to enquire into all Things given you in Charge. Every Crime is cognizable in this Court; but it has generally been our Rule to leave the leſſer Offences againſt yᵉ Laws, to inferiour Juriſdictions. And although, Gentlemen, few of you can be ſuppoſed to be Lawyers, yet you are all Men of Reaſon, and will be able to diſtinguiſh between thoſe groſſer Offences and high Immoralities which deſerve the moſt immediate and full Exertion of the Laws in this Court, and thoſe leſſer Matters which will receive an adequate Puniſhment in the lower Courts.

I need not inform you, Gentlemen, that High Treaſon is the higheſt Offence our Law knows of; as unhinging all Society, and demands the moſt entire Suppreſſion.

( Murder —- Arſon —- Burglary —- Forgery —- Thefts — the common Learning on theſe Topicks here laid down to the Grand Jury, by the Chief Juſtice.)

Not

Not only thefe Crimes, Gentlemen, require your Attention, but all high Slanders and grofs Defamations, which, though they do not amount to an actual Breach of the Peace, yet tend directly to Affaults and Batteries, and are deemed a very dangerous Offence, in our Laws, as promoting ill Blood, and ftirring up the moft alarming Confufion in the State : — Thefe, Gentlemen, and fome other Matters will be laid before you by the Order of this Court.

I do not mention the Matter of Libels to you, Gentlemen — I am difcouraged ! — My repeated Charges to Grand Juries, on this Head, both in this and other Counties, being fo entirely neglected. How thofe Juries have got over their Oath, I tremble to think, — but I have difcharged my own Confcience. In fhort, I have no Hope of the ceafing of this atrocious Crime, but from finding that they multiply fo faft, are become fo common, fo fcandalous, fo entirely falfe and incredible, that no Body will mind them ; and that all Ranks among us will treat them with Neglect.

Perjury, Gentlemen, is another horrid Offence. It ftrikes at the very Root of all Security in Society. One would think it impoffible for any one deliberately to be guilty of this Crime : For my own Part, I have no Conception how any Perfon can call upon the Great God of Truth, to witnefs to what he knows is a Lie. I tremble when I think of the Reafon we have to fear this Crime is fo often committed among us. — People, fometimes,

difpute

difpute the Conftitutional Authority of the Court which requires their Oath, and hence think themfelves excufable in a Departure from Truth. But there can be no Doubt, that every Court which our Law acknowledges may adminifter an Oath; and whatever would amount to Perjury in one Court, will in another. I have no Doubt, but all Oaths adminiftered by lawfull Authority, — before Referees out of Court, or before any other like Authority, are, in the moft extenfive Senfe, obligatory; — and, certainly, Perjury may as well be committed in a Court of Admiralty, as in this Court; for the Admiralty Courts have been acknowledged, Time out of Mind, by our Laws which conftantly take Notice of them: — nay, they are recognized by our Charter and interwoven into our very Conftitution; — there can be no Room to Doubt of this.

If any Thing of this Sort fhould come before you, you will take due Heed to your Duty. In a chriftian Country, one would think little need to be faid on this dreadful Crime. An Oath adminiftered, when, where, how and by whom it will, can make no Alteration in the Eye of the Deity; — he, who calls upon the Name of God, when he is fwearing falfely, can never be the lefs culpable becaufe the Laws of his Country do not deem it, in that particular Inftance, a Crime. In my Mind, temporary Punifhments would be as a Feather, compared with the Divine Vengeance.

Falfe Swearing, in the View of God, muft be as
heinous

heinous as Perjury, though the Law does not fubject that Offence to the Penalties of Perjury. But, Gentlemen, though, in the Divine Mind, it diminifhes Nothing from the Guilt of the Criminal, that he efcapes Punifhment from the Civil Magiftrate; yet the Wifdom of our Laws has been carefull to guard againft this heinous Offence in the Sight of God. It is undoubted Law, that whoever takes upon himfelf to adminifter an Oath, without proper Authority, is punifhable by Fine and Imprifonment; — nay, Gentlemen, a Magiftrate who has a Power given him by the Laws to adminifter an Oath when Matters come judicially before him; yet, if he, in Order to fupport any one particular Party or deprefs another, will venture, under Colour of his Office, to adminifter an Oath to any one, he is guilty of a very high Offence againft the Laws and deferves a very fevere Punifhment. Nay, Gentlemen, it aggravates and blackens an Offence very much, when it is committed under the pretended Cloak of the Law. This deferves your ferious Attention and ftrict Enquiry. — For your own Sakes — for God's Sake, Gentlemen, exert yourfelves, on this Occafion,* and in all other Affairs which fhall be laid before you.

A

* It may not be improper here, to remark the Offence above alluded to. So long ago as the Year 1765, Richard Dana, of Bofton, Efqr., one of the oldeft Barrifters at Law, and the moft accomplifhed and experienced Juftice in the Province, did, on a Meffage from the *Sons of Liberty*, adminifter the Oath of Refignation of the Stamp-Mafter-fhip, to Andrew Oliver, Efqr., Secretary of the Province, and Brother in Law of the prefent Chief Juftice.

We may alfo further note, here, that the faid Richard, and Jonathan Sewall, Efqr., the *prefent acting Attorney General*, (and late appointed

A few Words, Gentlemen, on the Nature of your Office. Grand Juries, Gentlemen, are of very high Antiquity ; the Inftitution is beyond the Knowledge of all Hiftory. Four hundred Years ago, they are fpoken of as having been, Time out of Mind. The beft Inftitutions are liable to Abufe. Sheriffs were found to return their Friends, or Friends to particular Parties ; and Perfons who would charge with Offences, or omit Charges, as he fhould name. A Statute was then made, to punifh this Crime, and to inflict Penalties on fuch as fhould even mention to a Sheriff, who he fhould return as Jurors or who he fhould not. This feems to have anfwered the End pretty well, till, fome Time in the Reign of Henry the Eighth, Sheriffs were again found abufing their Trufts; and were again fubjected to additional Penalties, for Mal-Conduct. And many and repeated have been the watchfull Cautions of our Mother Country, to fupprefs this grofs Iniquity, and to have a fair and impartial Return of unbiaffed Jurors.

We, in this Country, have been ftill more jealous of

appointed Judge of the Admiralty for Halifax, with a Salary of £600 Sterling *per Annum,*) had, at the laft Seffions of the Peace, for the County of Suffolk, exceeding high Words, for the faid Attorney General's entering, without lifping the Matter to the Court of Seffions, a *Nol. pros.* to an Indictment againft a Soldier for imprifoning Mr. Lewis Gray, a Merchant in Bofton, for not anfwering to the hailing of the faid Soldier, who ftood as Centry at the Main-Guard, in King Street.

It may be a Matter of Curiofity, fome Years hence, to enquire the Reafon, why the Sons of Liberty, in 1765, pitched upon Mr. Dana to adminifter the Oath to the Stamp-Mafter. — The *Sons,* at that Time, imagined Mr. Dana to be in a very different political Box, from that in which he afterwards appeared.

of Jurors. We, by our Provincial Conftitution, have not left the Return of Jurors to the Sheriff of the County, as in England; but we fend out *Venires* to the feveral Towns in the County, and they are returned by the refpective Towns, to ferve the Courts. In general, I believe, our Returns of Juries are made with more Impartiality than in England; but it would be a great Abufe of Priviledge, if Towns fhould fend Perfons as Jurors who they know to be prone to profecute with Vigour particular Offences and Mifdemeanours; or fuch as they knew would connive at and pafs over in Silence and entirely fmother other Crimes of an alarming Nature. I don't know this to be the Cafe, and therefore would not affirm it to be fo; but I cannot fay, but I have *fome Reafon* to fear.*

The Court have many Times obferved, both upon the Grand and Petit Jury, Perfons fent who have had Suits depending at thofe very Courts. This has been more frequently obferved in the Country-Towns than in trading ones. The Reafon of this happening fo often in the Country has been, out of a falfe Compaffion to thofe Perfons who had Suits at Court; — that their Expenfes of Attendance might be lefs burthenfome to them; but it is a very dangerous Offence, and ought to be difcountenanced by every good Citizen. I mention not this as an Offence happening in this Town, (for I do not remember ever to have had any Reafon to think

* *Qu.* if this Infinuation has even the leaft Shadow of Truth for its Foundation.

40

think it the Cafe here,) but as a Matter of Concern to the Court, when we could not help making the Obfervation, in our Circuit through the Province.

Before I clofe, I would obferve to you, Gentlemen, one other Branch of your Duty :— namely, Secrecy. People out of Doors will influence your Conduct if they know the Bufinefs you are engaged in. Offenders will efcape and the End of Juftice be, in a very great Meafure, fruftrated. Recollect that Secrecy you have been fworn to obferve, and comply with the true Spirit of the Oath of God you have now taken. — I afk no more.

Should any one, while you are on Bufinefs, come and call you out, and endeavour to influence your Conduct, it is a very heinous Offence, and you are bound to give immediate Information to the Court, or to his Majefty's Attorney General, that fuch wicked Offenders may meet their Deferts. — I am told this happened, within this County, a few Months paft; — if any endeavour fo to work on you, you would be highly culpable if you omitted an immediate Prefentment of fuch daring Offenders.

Thus, Gentlemen, I have run through fuch Parts of your Duty as I thought pertinent to the prefent Occafion. Many Things I have faid I have mentioned with Reluctance ; — a Senfe of Duty has conftrained me to fay thus much. — It is not to be
                                                    expected,

expected, in this World, that we fhould all be of the fame Sentiments. But whatever are our Sentiments of Duty, a good Confcience will dictate to us, to act accordingly. — May the Great God blefs and direct you.